IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Lea Phillip Cockfield, Jr., | ) | C.A. No. 4:04-1076-TLW-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Holly V. Hewitt and American Red Cross, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

      This action has been filed by the plaintiff, who is now proceeding *pro se*. This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his Report, Magistrate Judge Rogers recommends that the defendants' motion to dismiss for failure to prosecute be granted and that plaintiff's complaint be dismissed. (Doc. # 26). No objections to the Report have been filed.

      This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

1

2

A review of the record indicates that the Report accurately summarizes this case and the applicable law. The Court notes the plaintiff has not responded to the defendants' motion to dismiss. The plaintiff has not complied with the Court's scheduling order. The Magistrate Judge has filed a Report and Recommendation recommending that this case be dismissed. The plaintiff has not opposed this recommendation nor filed any response to it. This Court can only conclude that the plaintiff has abandoned this action. For the reasons set forth and articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 26), defendants' motion to dismiss for failure to prosecute is **GRANTED** (Doc. # 19), and the plaintiff's complaint is hereby **DISMISSED**.

**IT IS SO ORDERED.**

s/ Terry L. Wooten
**TERRY L. WOOTEN**
**UNITED STATES DISTRICT JUDGE**

July 22, 2005
Florence, South Carolina